222 So.2d 346

**A. Robert RAY**

v.

**CITY OF PRICHARD.**

1 Div. 583.

Supreme Court of Alabama.

May 8, 1969.

Certiorari to Court of Appeals.

Frankie L. Fields, Mobile, for petitioner.

Mayer W. Perloff, Mobile, opposed.

LAWSON, Justice.

Petition of A. Robert Ray for certiorari to the Court of Appeals to review and revise the judgment and decision in Ray v. City of Prichard, 45 Ala.App. 32, 222 So.2d 345 (1 Div. 383).

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

227 So.2d 438

**Donald SCOTT**

v.

**STATE.**

1 Div. 602.

Supreme Court of Alabama.

Oct. 9, 1969.

Certiorari to Court of Appeals.

Thos. M. Haas, Mobile, for petitioner.

MacDonald Gallion, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Donald Scott for certiorari to the Court of Appeals to review and revise the judgment and decision in Scott v. State, 45 Ala.App. 149, 227 So.2d 436 (1 Div. 3).

Writ denied.

LIVINGSTON, C. J., and COLEMAN, BLOODWORTH and MADDOX, JJ., concur.

223 So.2d 585

**James Edward SMITH**

v.

**HOUSTON COUNTY HOSPITAL BOARD et al.**

4 Div. 352.

Supreme Court of Alabama.

May 29, 1969.

Appeal from Circuit Court, Houston County; Keener Baxley, Judge.

Richard H. Ramsey, III, and J. Huntley Johnson, Dothan, for appellant.

Alto V. Lee, III, Wm. G. McKnight, Wm. L. Lee, III and Hardwick, Hause & Segrest, Dothan, for appellees.

BLOODWORTH, Justice.

This appeal is affirmed on authority of Jenkins v. Houston County Hospital Board et al., 284 Ala. 180, 223 So.2d 583, decided this date.

Affirmed.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.